In the Matter of the Application of Clarence N. Platt, Appellant, for a Peremptory Writ of Mandamus, Directed to Patrick A. Whitney, as Commissioner of Correction of the City of New York, Respondent, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ., concurred.